IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY <br> Plaintiff | : <br> : <br> : | NO. 2:19-cv-05692-ER <br> <br> Hon. Eduardo C. Robreno |
| v. | : <br> : | |
| EDGE FITNESS, LLC. <br> Defendant | : <br> : | |

## JOINT STIPULATION OF DISMISSAL UNDER RULE 41(A)(1)(A)(II)

Plaintiff John Mahoney, by and through his undersigned counsel, and Defendant Edge Fitness, LLC., by and through its undersigned counsel, hereby jointly stipulate, agree, and consent to the dismissal of all claims asserted in the Complaint, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  Each Party shall; bear his or its own costs and expenses incurred in connection with this action.

| | |
|---|---|
| GLANZBERG TOBIA LAW, P.C. | JACKSON LEWIS, P.C. |
| BY: /s/David S. Glanzberg | BY: /s/Joseph Lynett |
| 123 South Broad Street, Ste 1640 | 44 South Broadway, 14th Floor |
| Philadelphia, PA 19109 | White Plains, NY 10601 |
| (215) 981-5400 | (914) 872-6888 |
| dglanzberg@aol.com | joseph.lynett@jacksonlewis.com |
| | |
| Attorney for Plaintiff | Attorney for Defendant |

Dated:  March 3, 2020